IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>SHELLY ACUNA and MIGUEL RODRIGUEZ<br><br>      Defendant. | **8:17CR210**<br><br><br>**ORDER** |

   This matter is before the court on the Defendant Acuna's unopposed Motion to Continue Trial [56]. Counsel states this matter will not go to trial, but is seeking additional time to complete plea discussions. For good cause shown,

   **IT IS ORDERED** that the Defendant's unopposed Motion to Continue Trial [56] is granted as follows:

   1. The jury trial, **as to both defendants**, now set for January 9, 2018, is continued to **February 27, 2018.**

   2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 27, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   Dated this 5th day of January, 2018.

                  BY THE COURT:

                  s/Susan M. Bazis
                  United States Magistrate Judge